UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:  Van Thanh-Tuong Le,
        Debtor.

Case No. 10-07811-swd
Chapter 13

### DEBTOR'S FIRST PRE-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

The Debtor, by and through her attorneys, David Andersen & Associates, P.C., hereby modifies the Chapter 13 plan as authorized by 11 U.S.C. §1323.

1. This case was filed on June 23, 2010. The plan has not yet been confirmed. This case has never been converted, dismissed, or reinstated.

2. The Debtor asks the Court to modify the plan as follows:

    A. The lease agreement with Ernie Leep shall be treated as assumed and outside the plan.

    B. Huntington National Bank shall be treated outside the plan as a secured creditor in accordance with ¶ II (C) (4) of the plan filed on June 23, 2010 for $74,960.80.

    C. Unsecured creditors will receive the greater of either $18,326.00 or the amount necessary to fund the plan in 36 months. Additional administrative or other priority claims including additional attorney fees incurred by the debtor shall not decrease the amount to unsecured creditors below $650.00.

3. In all other respects, the Chapter 13 plan remains the same.

Date: 12/30/2010

Van Thanh-Tuong Le

Date: 12/30/10

/S/
David Andersen & Associates, P.C.
David C. Andersen      (P30355)
Rebecca L. Johnson-Ellis (P65574)
Jon D. Stratman        (P63221)
Attorneys for the debtors
866 3 Mile Road NW, Suite B
Grand Rapids, MI 49544
(616) 784-1700